# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1198**  **September Term, 2021**

FERC-ER18-1639-013
FERC-ER18-1639-000
FERC-ER18-1639-010

**Filed On: February 24, 2022** [1936490]

Constellation Mystic Power, LLC,

      Petitioner

  v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Maura Healey, Attorney General of the
Commonwealth of Massachusetts, et al.,
      Intervenors

------------------------------

Consolidated with 21-1222, 21-1223,
21-1224, 22-1001, 22-1008, 22-1026

**O R D E R**

    Upon consideration of the motions for leave to intervene filed by: Maura Healey, Constellation Mystic Power, LLC, Massachusetts Municipal Wholesale Electric Company, New Hampshire Electric Cooperative, Inc., it is

    **ORDERED** that the motions be granted.

    Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondent. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1198**                                                                 **September Term, 2021**

      Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 39 (2021), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 39.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                        BY:    /s/
                                   Laura M. Chipley
                                   Deputy Clerk